UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~~~~~~~~
In re
**GAIL A. BALSER**,                                             Chapter 11
    Debtor                                                   Case No. 10-17292
~~~~~~~~~~~~~~~~~~~~~~~~~~~
**FRANCES GUNNING AND
YVONNE GUNNING,**
    Plaintiffs
v.                                                                     Adv. P. No. 10-1261
**GAIL A. BALSER**
    Defendant
~~~~~~~~~~~~~~~~~~~~~~~~~~~

**ORDER**

In accordance with the Memorandum dated November 22, 2011, the Court denies the "Motion to Vacate and/or Reconsider the Court's Order on the Motion filed by Francis [sic] Gunning to Reconsider Order for Summary Judgment" filed by Gail A. Balser.

By the Court,

Joan N. Feeney
United States Bankruptcy Judge

November 22, 2011

1